OPINION — AG — QUESTION: "THEREFORE, A STATE OR COUNTY OFFICER WHO IS OR WILL BE ELECTED OR APPOINTED PRIOR TO THE EFFECTIVE DATE OF THE OKLAHOMA PUBLIC EMPLOYEES RETIREMENT ACT TO AN OFFICE HAVING A STATUTORY TERM EXTENDING BEYOND THE EFFECTIVE DATE, WOULD NOT BE ENTITLED TO CONTRIBUTIONS FROM THE STATE OR COUNTY DURING SAID TERM. CITE: OPINION NO. 63-413, ARTICLE XXIII, SECTION 10, 74 O.S. 1963 Supp., 902 [74-902](26) (BURCK BAILEY)